671 A.2d 120

IN THE MATTER OF WILLIAM T. McCUE,
AN ATTORNEY AT LAW.

February 9, 1996.

## CORRECTED ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11(a) recommending that **WILLIAM T. McCUE** of **GLEN ROCK**, who was admitted to the bar of this State in 1980, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **WILLIAM T. McCUE** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **WILLIAM T. McCUE** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **WILLIAM T. McCUE** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.